# Court of Appeals
# of the State of Georgia

ATLANTA,  March 04, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1439.  KARING HANDS HEALTHCARE SERVICES, LLC v. CITY OF STONECREST.**

The City Council of Stonecrest Georgia (the "Council") denied Karing Hands Healthcare Services, LLC's ("Petitioner") application for a special land use permit to operate a child care institution. Petitioner then filed a petition for a writ of certiorari in the superior court. After the superior court issued the writ of certiorari, the City of Stonecrest (the "City") filed a motion to dismiss, arguing in pertinent part that Petitioner failed to satisfy the service requirements outlined in OCGA § 5-4-6 (b) within the required time after the writ was issued. The superior court granted the motion to dismiss, and Petitioner filed the instant direct appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . state and local administrative agencies . . . by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Government of Columbus v. Barwick*,  274 Ga. 176, 177 (1) (549 SE2d 73) (2001); *Taylor v. City of Atlanta*, 184 Ga. App. 795, 795-796 (363 SE2d 45) (1987). Compliance with the discretionary appeal procedure is required even where the superior court dismisses the action. See *Taylor*, 184 Ga. App. at 796; accord *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351, 351 (317 SE2d 327) (1984).

Petitioner's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/04/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*